UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,          :     20-Cr-641 (SHS)

        -v-                               :     ORDER

EBRIMA FAAL,                                    :

        Defendant.                     :

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A bail appeal having been held today via teleconference, with counsel for all parties, and the pretrial services officer participating, and defendant having waived his appearance.

    IT IS HEREBY ORDERED that:

    1.    The government's request to revoke defendant's bail is denied;

    2.    Defendant's bail is continued with the following conditions:

        (a)    Strict Pretrial Services supervision;

        (b)    Defendant shall surrender all travel documents and make no new applications;

        (c)    Travel is restricted to the Southern and Eastern Districts of New York;

        (d)    Defendant shall submit to an initial urinalysis test. If the test is positive, the condition of drug testing and treatment shall be added to the conditions;

        (e)    Home detention with electronic monitoring; an ankle bracelet is to be affixed upon his release from custody;

        (f)    Defendant may leave his home for employment, with the approval of Pretrial Services;

        (g)    Defendant shall refrain from possessing a firearm, weapon, or any destructive devices;

        (h)    A personal recognizance bond in the amount of $50,000.00, cosigned by two financially responsible people and one person for moral suasion;

   (i)  Defendant shall reside in the Bronx with his grandparents;

   (j)  Defendant shall have absolutely no contact whatsoever with any members of the Seaside gang, including no contact on social media; and

   (k)  All conditions of release shall be met within one week from defendant's release from custody..

Dated: New York, New York
   December 15, 2020

                SO ORDERED:

                _____
                Sidney H. Stein, U.S.D.J.