

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2020

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Ebrima Faal*, 20 Cr. 641 (VM)

Dear Judge Marrero:

    The Government writes, jointly with defense counsel, to respectfully request an adjournment of the initial pretrial conference in this matter until a date in January 2021. The parties have conferred and are available on January 14, 15, 19, 21, 22, 25 or 27. The Government further requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act between today and the date of the initial pretrial conference in the interests of justice, because such exclusion will allow time for the defendant to review the discovery materials in this matter and for the parties to engage in discussions regarding a potential pretrial disposition.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for
    the Southern District of New York

    By: /s/ Alexandra Rothman
        Alexandra Rothman
        Jim Ligtenberg
        Assistant United States Attorneys
        (212) 637-2580

cc: Defense counsel (by ECF)

---

The request is granted. The control date for the initial conference of 12/29/20 is hereby adjourned until 1/15/21 at 11:00 a.m. Time will be excluded until 1/15/21 under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii) & (iv).

**SO ORDERED.**

12/18/2020
DATE

/s/ Victor Marrero, U.S.D.J.