USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- v. -

EBRIMA FAAL,

Defendant.

**20 Cr. 641 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference currently scheduled for October 8, 2021, is hereby rescheduled to November 12, 2021, at 2:30 p.m.

Upon consent of the parties, it is hereby ordered that time until November 12, 2021, shall be excluded from speedy trial calculations under the Speedy Trial Act. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: New York, New York
October 7, 2021

Victor Marrero
U.S.D.J.