```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        -against-

EBRIMA FAAL,

        Defendant.

---

**20 CR 641 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    Defendant requests an adjournment of the status in this matter scheduled for November 12, 20221, pending the parties scheduling a change of plea in Magistrate Court. (Dkt. No. 27.) The conference shall be scheduled for Friday, December 17, 2021 at 3:30 p.m. Defendant also consents to an exclusion of time from the Speedy Trial Act until December 17, 2021.

    It is hereby ordered that time until November 19, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    New York, New York
            November 12, 2021

                                                Victor Marrero
                                                 U.S.D.J.