```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        -against-

EBRIMA FAAL,

                Defendant.

**20 CR 641 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

On November 18, 2021, the Defendant entered a plea of guilty in this matter. Considering the Defendant's change of plea, the Court hereby cancels the status conference scheduled for December 17, 2021.

It is further ordered that sentencing hearing for this matter currently scheduled for March 1, 2022, is rescheduled to March 11, 2022, at 2:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
           December 16, 2021

_____
Victor Marrero
U.S.D.J.