**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/22
```

UNITED STATES OF AMERICA,

    -against-

EBRIMA FAAL,

        Defendant.

20 Cr. 641 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that the sentencing hearing of the above-named defendant, currently scheduled for March 11, 2022, is adjourned to June 3, 2022, at 11:00 a.m.

**SO ORDERED.**

Dated:  February 24, 2022
       New York, New York

                                          _____
                                                 Victor Marrero
                                                    U.S.D.J.